UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-CR-00460-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ARTURO ALEJANDRE-REYES
2.  HENRY RAYGOZA,

    Defendant.

_____

**ORDER**
_____

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Wednesday, January 11, 2005**, and responses to these motions shall be filed by **Monday, January 23, 2005**.  It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Monday, January 30, 2005, at 4:00 p.m.**  It is

    FURTHER ORDERED that a 3-day jury trial is set to commence on **Monday, February 6, 2006, at 9:00 a.m.**

Dated: December 6, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge