UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-CR-00460-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ARTURO ALEJANDRE-REYES
2. HENRY RAYGOZA,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant Henry Raygoza's Unopposed Motion for an Extension of Time on all Deadlines Set Forth in the Order Dated December 6, 2005, filed January 12, 2006 ("Motion for Extension"), in which Defendant Raygoza requests a continuance of the present trial date of February 6, 2006, for 60 days and an extension of time on all deadlines.  Defendant Arturo Alejandre-Reyes filed a Response to the Motion for Extension on January 13, 2006, stating that he does not oppose the Motion for Extension.

Having reviewed the Motion and being fully advised in the premises, I **GRANT** Defendant's Motion for Extension pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv).  I find that the failure to grant a continuance in this case which I do not find to be complex at this time would deny Defendant Raygoza the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  In that regard, counsel

for Defendant Raygoza indicates that he needs additional time to throughly review discovery in this case and provide adequate representation for Defendant Raygoza. Finally, I note that Defendant Arturo Alejandre-Reyes has stated that he does not object to this continuance. Accordingly, I find that the ends of justice served by excluding 60 days under the Speedy Trial Act outweigh the best interest of the public and the Defendants in a speedy trial. Therefore, it is hereby

ORDERED that the pretrial deadlines set forth in the Court's December 6, 2005, Order are **VACATED**. It is

FURTHER ORDERED that the trial presently set to commence on **Monday, February 6, 2006** and the hearing on pending motions/final trial preparation conference set for **Monday, January 30, 2006, at 4:00 p.m.** are **VACATED**. It is

FURTHER ORDERED that the Court shall hold a status conference in this case on **Friday, February 17, 2006, at 3:30 p.m.**, at which a new deadline for the filing of pretrial motions will be set.

Dated: January 19, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge